UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM BECK,                                                         Case No. 1:06-CV-5

        Plaintiff,                                                     Hon. Richard Alan Enslen

v.

JAN LOTZ,

        Defendant.                                                     **ORDER OF DISMISSAL**
_____/

This matter is before the Court on Plaintiff's Motion to Dismiss Complaint. Plaintiff initiated this action on January 3, 2006, and requested that he be permitted to proceed as a pauper in this matter. The Court granted Plaintiff's request to proceed as a pauper, but also informed him that "[a]ny subsequent dismissal of plaintiff's case, even if voluntarily, does not negate plaintiff's responsibility to pay the [filing] fee." Asserting that the issues referenced in his Complaint have since been resolved, Plaintiff now moves to dismiss his Complaint and, furthermore, to "have the Federal Filing Fee. . .lifted."

The Court will grant Plaintiff's request to dismiss his Complaint. However, as the Court previously stated, Plaintiff is responsible for paying the entire filing fee in this matter.

**THEREFORE, IT IS HEREBY ORDERED** THAT Plaintiff's Motion to Dismiss Complaint is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**. However, Plaintiff remains liable for payment of the civil action filing fee in the amount of $250.00, with a balance owing of $219.67.

DATED in Kalamazoo, MI:                    /s/ Richard Alan Enslen
                                                                        RICHARD ALAN ENSLEN
               February 21, 2006             SENIOR UNITED STATES DISTRICT JUDGE